## 52568. LIBERTY MUTUAL INSURANCE COMPANY et al. v. MULLINS.

QUILLIAN, Judge.

The evidence was sufficient to support the award of the State Board of Workmen's Compensation.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

ARGUED SEPTEMBER 13, 1976 — DECIDED SEPTEMBER 28, 1976 — REHEARING DENIED OCTOBER 21, 1976.

*Swift, Currie, McGhee & Hiers, James T. McDonald, Jr.,* for appellants.

*C. Ronald Patton,* for appellee.